**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 23 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-30358 |
| Plaintiff-Appellee, | D.C. No. 4:14-cr-06041-EFS |
| v. | |
| BRAULIO BARAJAS-ZARATE, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Edward F. Shea, District Judge, Presiding

Submitted January 18, 2017[**]

Before:     TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

Braulio Barajas-Zarate appeals from the district court's judgment and

challenges the 60-month sentence imposed following his guilty-plea conviction for

conspiracy to distribute cocaine, in violation of 21 U.S.C. § 846.  We dismiss.

Barajas-Zarate challenges the district court's denial of safety-valve relief

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under 18 U.S.C. § 3553(f). The government contends that this appeal is barred by a valid appeal waiver. We review de novo whether a defendant has waived his right to appeal. *See United States v. Harris,* 628 F.3d 1203, 1205 (9th Cir. 2011). The terms of the appeal waiver in Barajas-Zarate's plea agreement unambiguously encompass this appeal of his within-Guidelines sentence. *See id*. at 1205-06. Contrary to Barajas-Zarate's contention, the record reflects that he knowingly and voluntarily waived his right to appeal. We decline to consider on direct appeal Barajas-Zarate's claim that counsel was ineffective for failing to advise him of the scope of the waiver. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011). Accordingly, we dismiss pursuant to the valid waiver. *See Harris*, 628 F.3d at 1207.

**DISMISSED.**